# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N. A.,<br><br>Defendant. | Court File No. 11-cv-1452 (MJD/AJB)<br><br><br><br>**PLAINTIFFS' MOTION TO STAY** |

## PLAINTIFFS' MOTION TO STAY DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IN THIS ACTION

Plaintiffs, by and through Counsel, hereby move this Court, pursuant to the Orders of the United States Bankruptcy Court for the District of Delaware in *In re Tribune Company, et al.*, Case No. 08-13141 (KJC) dated April 25, 2011 (Dkt. No. 8740) ("SLCFC Order") and May 19, 2011 (Dkt. No. 8949) ("Protective Order"), Federal Rules of Civil Procedure 26(b) and Local Rule 16.1, and the Court's inherent authority to manage its docket, for an Order:

(i) Granting Plaintiffs' Motion for a Stay of Defendant's time to respond to the Complaint in this action or commence motions practice until the earlier of (a) December 31, 2011, without prejudice to any further motion by Plaintiffs to seek a later date or otherwise extend the Stay, (b) further order by the Bankruptcy Court modifying the

1

provisions of the SLCFC Order regarding the need for a stay of this action, or (c) further Order by this Court;

(ii) Requiring Defendant to enter an appearance in this action, so that they or their counsel are known, and to better facilitate service of further notices, orders, or pleadings upon them in the action; and

(iii) Stating that (a) the Stay permits Plaintiffs to file a Rule 26(d)(1) motion seeking leave of the Court to conduct early discovery limited to confirming that shareholders who received cash transfers in connection with the LBO and are subject to suit in this action have been correctly identified, properly named in the Complaint, and provided with effective service of process; and (b) at the time the Stay is lifted or terminated, the schedule for answering or otherwise responding to the Complaint should be set by this Court, or the transferee court in the MDL.

Dated this 29th day of June, 2011. **KELLEY, WOLTER & SCOTT, P.A.**

s/Kevin M. Magnuson
Daniel M. Scott (#098395)
Kevin M. Magnuson (#306599)
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090 (Tel.)
(612) 371-0574 (Fax)
kmagnuson@kelleywolter.com
dscott@kelleywolter.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

David S. Rosner (#2333755)
Sheron Korpus (#2810372)
Christine A. Montenegro (#3969276)
Matthew B. Stein (#4179479)
1633 Broadway
New York, New York 10019
T: (212) 506-1700
F: (212) 506-1800

*COUNSEL FOR PLAINTIFFS*