UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK, N. A., <br><br> Defendant. | : Court File No. 11-cv-1452 (MJD/AJB) <br> : <br> : <br> : <br> : <br> : <br> : **NOTICE OF HEARING** <br> : **PLAINTIFFS' MOTION TO STAY** <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF HEARING ON
PLAINTIFFS' MOTION TO STAY DEFENDANTS' TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT IN THIS ACTION**

TO: DEFENDANT ABOVE-NAMED AND ITS ATTORNEYS.

**PLEASE TAKE NOTICE** that Plaintiffs will bring a motion on Wednesday, July 20, 2011 at 10:30 a.m. before the Honorable Arthur J. Boylan, Chief Magistrate Judge of the United States District Court, District of Minnesota, Courtroom 9E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415 for an Order staying this action pursuant to Orders of the United States Bankruptcy Court for the District of Delaware in *In re Tribune Company, et al.*, Case No. 08-13141 (KJC) dated April 25, 2011 (Dkt. No. 8740) ("SLCFC Order") and May 19, 2011 (Dkt. No. 8949) ("Protective Order"), Federal Rules of Civil Procedure 26(b) and Local Rule 16.1, and the Court's inherent authority to manage its docket.

| | |
|---|---|
| Dated this 29th day of June, 2011. | **KELLEY, WOLTER & SCOTT, P.A.** |

s/Kevin M. Magnuson
Daniel M. Scott (#098395)
Kevin M. Magnuson (#306599)
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090 (Tel.)
(612) 371-0574 (Fax)
kmagnuson@kelleywolter.com
dscott@kelleywolter.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

David S. Rosner (#2333755)
Sheron Korpus (#2810372)
Christine A. Montenegro (#3969276)
Matthew B. Stein (#4179479)
1633 Broadway
New York, New York 10019
T: (212) 506-1700
F: (212) 506-1800

*COUNSEL FOR PLAINTIFFS*