UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

      Plaintiffs,

v.

U.S. Bank, N.A.,

      Defendant.

CERTIFICATE OF SERVICE
BY U.S. MAIL

    I hereby certify that on June 29, 2011, I caused the following documents:

*Plaintiffs' Motion to Stay Defendants' Time to Answer or Otherwise Respond to the Complaint in This Action; Notice of Hearing on Plaintiffs' Motion to Stay Defendants' Time to Answer or Otherwise Respond to the Complaint in This Action;* and *Certificate of Service*

to be filed with the Clerk of Court.

    I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

U.S. Bank N.A.
800 Nicollet Mall
Minneapolis, MN 55402

Dated: June 29, 2011

                                                      _s/Jennifer Kleinjan_____
                                                      Jennifer Kleinjan