UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

    Plaintiffs,

v.                                                          AFFIDAVIT OF SERVICE

U.S. Bank, N.A.,

    Defendant.

STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

*METRO LEGAL SERVICES*

Nick Gibbons, being duly sworn, on oath says:

that on June 23, 2011, at 8:45 AM he served the attached:

Summons; Complaint with redacted Exhibit A & B; Customized Exhibit A; 7.1 Corporate Disclosure Statement; Plaintiffs' Emergency Ex Parte Motion to File Exhibit A to the Complaint Under Seal; and Order Granting Plaintiffs' Motion to File Exhibit A to the Complaint Under Seal upon:

U.S. BANK, N.A., therein named, personally at:

800 Nicollet Mall, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Kati Cheney, Paralegal, an expressly authorized agent for said U.S. BANK, N.A., a true and correct copy thereof.

_____
Nick Gibbons

Subscribed and sworn to before me on

6/23 , 2011

_____

CARTER D. GRIFFITH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2012

*1462954 - 1*

RE: Deutsche Bank v. US Bank