# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERIPRISE TRUST CO. et al., <br><br> Defendants. | Court File No. 11-cv-1451 (MJD/AJB) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK, N.A., <br><br> Defendant. | Court File No. 11-cv-1452 (MJD/AJB) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> PANDORA SELECT PARTNERS LP, WHITEBOX DIVERSIFIED CONVERTIBLE ARBITRAGE FUND LP, and WHITEBOX HEDGED HIGH YIELD FUND LP, <br><br> Defendants. | Court File No. 11-cv-1453 (MJD/AJB) |

# ORDER CANCELING THE HEARINGS
# ON PLAINTIFFS' AMMENDED MOTIONS TO STAY

Plaintiffs, by and through counsel, have moved this Court in the above captioned cases for orders requesting that the Court stay the time for Defendants to answer or otherwise respond to the Complaint in the above captioned actions.

The Hearings on Plaintiffs' Amended Motions to Stay scheduled for Wednesday, July 20, 2011 at 10:30 a.m. before the Honorable Arthur J. Boylan, Chief Magistrate Judge of the United States District Court, District of Minnesota, have been **CANCELED** because of a scheduling conflict on the Court's calendar. If a party requests a hearing by 5 pm, Tuesday, July 26, 2011, the Court will consider whether to reschedule the hearing. If no party requests a hearing or the Court determines that a hearing is not necessary, the Amended Motions to Stay in the above captioned cases will be decided on the motion papers without a hearing.

Dated: _July 18, 2010__              _s/Arthur J. Boylan_____
                                      Arthur J. Boyan
                                      Chief Magistrate Judge, United States District Court
                                      District of Minnesota