AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br>*Plaintiff*<br>v.<br>US BANK, N.A.,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 11cv1452 (MJD/AJB)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Exhibit A to Complaint


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel M. Scott
Kevin M. Magnuson
Kelley, Wolter & Scott, P.A.
431 South Fourth Street, Suite 2530
Minneapolis, MN 55415


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN

CLERK OF COURT

Date: 06/03/2011

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

      Plaintiffs,

v.                                   AFFIDAVIT OF SERVICE

U.S. Bank, N.A.,

      Defendant.

STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

*METRO LEGAL SERVICES*

Nick Gibbons, being duly sworn, on oath says:

that on June 23, 2011, at 8:45 AM he served the attached:

Summons; Complaint with redacted Exhibit A & B; Customized Exhibit A; 7.1 Corporate Disclosure Statement; Plaintiffs' Emergency Ex Parte Motion to File Exhibit A to the Complaint Under Seal; and Order Granting Plaintiffs' Motion to File Exhibit A to the Complaint Under Seal upon:

U.S. BANK, N.A., therein named, personally at:

800 Nicollet Mall, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Kati Cheney, Paralegal, an expressly authorized agent for said U.S. BANK, N.A., a true and correct copy thereof.

Nick Gibbons

Subscribed and sworn to before me on

6/23 , 2011

CARTER D. GRIFFITH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2012

*1462954 - 1*

RE: Deutsche Bank v. US Bank