UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

      Plaintiffs,

v.

U.S. BANK, N.A.,

      Defendant.

CERTIFICATE OF SERVICE
BY U.S. MAIL

    I hereby certify that on July 21, 2011, I caused the following documents:

*Plaintiffs' Second Amended Motion to Stay*; *Notice of Plaintiffs' Second Amended Motion to Stay*; and *Certificate of Service*

to be filed with the Clerk of Court.

    I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

    U.S. Bank N.A.
    800 Nicollet Mall
    Minneapolis, MN 55402

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Honorable Arthur J. Boylan   boylan_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed as noted below, to the following:

    U.S. Bank N.A.
    800 Nicollet Mall
    Minneapolis, MN 55402

Dated: July 21, 2011                        s/Jennifer Kleinjan_____
                                                            Jennifer Kleinjan