# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK, N.A., <br><br> Defendant. | Court File No. 11-cv-1452 (MJD/AJB) <br><br><br> **NOTICE OF WITHDRAWAL** <br> **OF COUNSEL** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and Defendants that the law firm of **Kasowitz, Benson, Torres & Friedman LLP**, counsel for Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), withdraws as counsel for Plaintiffs in this action. The law firm of **Kelley, Wolter & Scott, P.A.** continues as Plaintiffs' counsel of record. *See* Local Rule 83.7(a)(2).

1

Pursuant to Local Rule 83.7(a), withdrawal of counsel is effective upon the filing of this Notice.

Dated this 22nd day of July, 2011.	**KELLEY, WOLTER & SCOTT, P.A.**

s/Kevin M. Magnuson
  Daniel M. Scott (#098395)
  Kevin M. Magnuson (#306599)
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090 (Tel.)
(612) 371-0574 (Fax)
kmagnuson@kelleywolter.com
dscott@kelleywolter.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

  David S. Rosner (#2333755)
  Sheron Korpus (#2810372)
  Christine A. Montenegro (#3969276)
  Matthew B. Stein (#4179479)
1633 Broadway
New York, New York 10019
(212) 506-1700 (Tel.)
(212) 506-1800 (Fax.)
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

*Counsel for Plaintiffs*