UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

     Plaintiffs,

v.

                              CERTIFICATE OF SERVICE
                              BY U.S. MAIL

U.S. BANK, N.A.,

     Defendant.

     I hereby certify that on July 22, 2011, I caused the following documents:

     *Notice of Withdrawal of Counsel; and Certificate of Service.*

to be filed with the Clerk of Court.

     I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

     U.S. Bank N.A.
     800 Nicollet Mall
     Minneapolis, MN 55402

Dated: July 22, 2011

                                                 s/Jennifer Kleinjan____
                                                 Jennifer Kleinjan