UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 11-1452 MJD/AJB

DEUTSCHE BANK TRUST
COMPANY AMERICAS, et al.,

    Plaintiffs,

v.

U.S. BANK, N.A.,

    Defendant.

CERTIFICATE OF SERVICE
OF PROPOSED ORDER

I hereby certify that on September 29, 2011, I caused the following proposed order:

*[Proposed] Order Granting Plaintiffs' Motion for (i) Leave to File the Second Amended Complaint and (ii) an Order Clarifying or Modifying the Court's Prior Sealing Order*

to be filed with the court via e-mail to the following judge who is hearing the motion:

  Honorable Arthur J. Boylan   boylan_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed/mailed as noted below, to the following:

Kevin M Decker   kdecker@briggs.com


Dated: September 29, 2011

                                                <u>s/Jennifer Kleinjan</u>
                                                Jennifer Kleinjan